IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00459-REB-01
Civil Action No. 12-cv-01361-REB

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

1. BENJAMIN SIGUENZA-MENDOZA,

    Defendant-Movant.
_____

## JUDGMENT
_____

Pursuant to and in accordance with the Order entered by the Honorable Robert E. Blackburn [#105], filed June 4, 2013, the following Judgment is hereby entered:

1. That the Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [# 99] filed May 23, 2012, by Benjamin Siguenza-Mendoza is denied; and

2. That under 28 U.S.C. § 2253(c), a certificate of appealability is DENIED.

3. The corresponding civil action is hereby CLOSED.

Dated at Denver, Colorado this   5th   day of June, 2013.

                              FOR THE COURT:

                              JEFFREY P. COLWELL, CLERK

                              By: s/ Edward P. Butler
                                  Edward P. Butler, Deputy Clerk